AO 442 (Rev. 11-11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 JUL 15 AM 9:23

CLERK-ALBUQUERQUE

| | | |
|---|---|---|
| United States of America<br>v.<br>Adam Mann<br>a.k.a. "Adam Lopes"<br>a.k.a. "Pacman"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-MJ-1108 |

### ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Adam Mann, a.k.a. Adam Lopes, a.k.a. Pacman
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 922(g)(1) and 924 - Possession of a firearm and ammunition by a convicted felon

Date: 7/5/22

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

Honorable Steven C. Yarbrough
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/05/22, and the person was arrested on *(date)* 7/15/22
at *(city and state)* ALBUQUERQUE, NM

Date: 7/15/2022

*Arresting officer's signature*

JORDAN SPAETH   FBI SPECIAL AGENT
*Printed name and title*